UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**********************************************************************************

In re:

LAURA SUSAN REYNOLDS,                           JUDGMENT

       Debtor.

***********************************************

LAURA SUSAN REYNOLDS,

       Plaintiff,                                     BKY 00-32707

v.                                              ADV 01-3079

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY, UNITED STATES
DEPARTMENT OF EDUCATION, CLAREMONT
MCKENNA COLLEGE, SALLIE MAE SERVICING
CORP., RISK MANAGEMENT ALTERNATIVES, INC.,
THE UNIVERSITY OF MICHIGAN, GREAT LAKES
HIGHER EDUCATION CORP., HEMAR INSURANCE
CORP. OF AMERICA, OSI COLLECTION SERVICES,
INC., NCO FINANCIAL SYSTEMS, INC., WINDHAM
PROFESSIONALS, VAN RU CREDIT CORP., STUDENT
LOAN SERVICING CENTER, NATIONAL ENTERPRISE
SYSTEMS, EDUCATIONAL CREDIT MANAGEMENT
CORPORATION, EDUSERV TECHNOLOGIES, INC.,
and THE EDUCATION RESOURCE INSTITUTE,

       Defendants.

**********************************************************************************

       This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, United States Bankruptcy Judge, presiding.

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

       1.    Excepting the Debtor's obligations to Defendants HEMAR, PHEAA, U.S. DOE, ECMC, and TERI from discharge in BKY 00-32707 would impose an undue hardship on her and her dependents.

51-1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 1/02/04
Patrick G. De Wane, Clerk, By jrb

   2. Accordingly, the Debtor's obligations to the Defendants identified in Term 1 were discharged in the due course of BKY 00-32707.

Dated: January 2, 2004  
At:  St. Paul, Minnesota.

Patrick G. De Wane  
Clerk of Bankruptcy Court

By \e\ *Judy Brooks*  
Deputy Clerk

U.S. BANKRUPTCY COURT
DISTRICT OF MINNESOTA

I, Judy Brooks, hereby certify that I am judicial assistant to Gregory F. Kishel, Chief Bankruptcy Judge for the District of Minnesota; that on January 2, 2004, true and correct copies of the annexed:

JUDGMENT

were placed by me in individual official envelopes, with postage paid; that said envelopes were addressed individually to each of the persons, corporations, and firms at their last known addresses appearing hereinafter; that said envelopes were sealed and on the day aforesaid were placed in the United States mails at St Paul, Minnesota, as well as sending the following notice to the following counsel at their e-mail addresses:

PLEASE TAKE NOTICE that a MEMORANDUM DECISION in *In re Laura Susan Reynolds v. Pennsylvania Higher Education Assistance Agency, et al*, BKY 00-32707, ADV 01-3079, was entered on January 2, 2004. You may view the order now at the Court's Website, www.mnb.uscourts.gov, by using the "Case Search" function. You will receive a paper copy of the order via the United States mails.

REYNOLDS, LAURA SUSAN
1930 BURNS AVENUE, APT. 320
ST. PAUL, MN 55119

CLARK, MONICA L ESQ
DORSEY & WHITNEY, LLP
50 S 6TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402

WANGERIEN, JENNIFER M ESQ
DORSEY & WHITNEY, LLP
50 S 6TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402

STRAUSS, JONATHAN A ESQ
FLYNN, GASKINS & BENNETT, LLP
333 S. SEVENTH STREET, SUITE 2900
MINNEAPOLIS, MN 55402

SCHENKENBERG, PHILIP R ESQ
BRIGGS AND MORGAN, PA
332 MINNESOTA STREET, SUITE 2200
ST. PAUL, MN 55101

ZAUN, CURTIS P ESQ
ECMC
101 E. 5TH STREET, SUITE 2400
ST. PAUL, MN 55101

CHAMPEAUX, ROYLENE A ESQ
U.S. COURTHOUSE
300 S 4TH STREET, SUITE 600
MINNEAPOLIS, MN 55415

and this certificate of service was made by me.

/e/ *Judy Brooks*
Judy Brooks

Filed on January 2, 2004
Patrick G. DeWane, Clerk
By jrb   Deputy Clerk